# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MARK DOWNEY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 19-cv-04200-BLF<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR COPIES FREE OF CHARGE**<br><br>[Re: ECF 20] |

Plaintiff Mark Downey, who is proceeding *pro se*, has requested that he be provided with copies of all documents filed in this closed case, free of charge. *See* ECF 20. Plaintiff asserts that he is entitled to free copies because he was permitted to proceed in this case *in forma pauperis*. However, "the Clerk does not ordinarily provide free copies of case documents to parties." *Van Gessel v. Moore*, No. 1:18-CV-01478-GSA-PC, 2019 WL 1316708, at *1 (E.D. Cal. Mar. 22, 2019). "The fact that the court has granted Plaintiff leave to proceed *in forma pauperis* does not entitle him to free copies of documents from the court." *Id.* Plaintiff has not shown that he needs the documents to proceed on appeal, nor has he shown any other particularized need for the documents that might warrant departure from the normal rule.

Accordingly, Plaintiff's request is DENIED.

**IT IS SO ORDERED.**

Dated: May 27, 2020

_____
BETH LABSON FREEMAN
United States District Judge